IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| AARON WILSON DRUMWRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:12CV0166 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| CORRECTION CORPORATION OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff, Aaron Wilson Drumwright, a state inmate, filed this action under 42 U.S.C. § 1983 against the Defendant Correction Corporation of America ("CCA"). In 2009, Plaintiff was an inmate a CCA's South Central Correctional Center ("SCCC"). Plaintiff alleges that on his arrival at SCCC in September 2009, Plaintiff had a history of chronic back pain about which he informed SCCC facility personnel. According to his complaint, Plaintiff did not receive a response to his sick call requests and his medication was altered without consultation by a doctor. Plaintiff alleges during his entire time at SCCC, Plaintiff was never seen by a doctor. This action was filed on November 9, 2012.

For claims under 42 U.S.C. § 1983 federal courts apply to the applicable state statute of limitations. See Wilson v. Garcia, 471 U.S. 261, 275-76 (1985). Under Tennessee law, the applicable statute of limitations for a personal injury action is one (1) year. See Tenn. Code Ann. § 28-3-104. For statute of limitations purposes, in a Section 1983 action, Plaintiff's claims arise when "the plaintiff has a complete and present cause of action." Wallace v. Kato, 549 U.S. 384,

1

388 (2007) (citation omitted).

Plaintiff's allegations arose in September of 2009. Here, Plaintiff had full knowledge of the alleged denial of medical care at SCCC in September 2009 and years thereafter, but did not file this action until 2012. Thus, the Court concludes that Plaintiff's claims are time barred and this action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith, as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 5th day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court